UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07CR776 CDP |
| ) | |
| BURL WASHINGTON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Defendant Burl Washington represented himself at his trial. As discussed in more detail at the sentencing hearing that was begun on September 12, 2008, Washington has requested that stand-by counsel be appointed to assist him at sentencing. In the interests of justice, I will appoint Daniel Juengel, 7777 Bonhomme, Suite 1601, Clayton, MO 63105, telephone (314)725-7777 as stand-by counsel for sentencing. I have directed the Court Reporter to begin preparation of the trial transcript, but appointed counsel should file an appropriate request for a transcript to be paid for with Criminal Justice Act funds. I will also today do a separate CJA order appointing counsel.

Accordingly,

**IT IS HEREBY ORDERED** that attorney Daniel Juengel is appointed as

stand-by counsel for sentencing.

**IT IS FURTHER ORDERED** that the Probation Office shall provide a copy of the Presentence Report to counsel Juengel, and shall provide him with any other information that would normally be available to defense counsel.

**IT IS FURTHER ORDERED** that the conclusion of sentencing is reset for **Friday, November 7, 2008 at 9:00 a.m.** Sentencing can be moved to an earlier date if defendant and stand-by counsel request.

**IT IS FURTHER ORDERED** that defendant's motion to suppress and produce [#101] filed September 17, 2008, is denied. The government has previously produces all recordings and evidence in this case.

                                                          CATHERINE D. PERRY
                                                          UNITED STATES DISTRICT JUDGE

Dated this 23rd day of September, 2008.